## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Tanya Olson,                                           Court File No.: 14-cv-03465 DSD/JJK

    Plaintiff,

v.                                                     **STIPULATION OF DISMISSAL
                                                        WITH PREJUDICE**

Performant Recovery, Inc.

    Defendant.

---

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties hereto, by their respective undersigned attorneys, that the above-entitled action by Plaintiff may be, and hereby is dismissed on its merits with prejudice, without costs, disbursements or attorney's fees to any party.

**JD HAAS AND ASSOCIATES, PLLC**

Dated: November 4, 2014        By  s/ JD Haas
                                  JD Haas (#164173)
                                  9801 Dupont Avenue South, Suite 430
                                  Bloomington, Minnesota 55431
                                  Phone:  952-345-1025
                                  Fax:  952-854-1665
                                  jdhaas@consumerlawinfo.com

                                  AND

                                  Thompson Consumer Law Group, PLLC
                                  5235 East Southern Avenue, D106-618
                                  Mesa, AZ 85206

                                  *ATTORNEYS FOR PLAINTIFF*

**BASSFORD REMELE,** *A Professional Association*

Dated: November 4, 2014    By   s/Michael A. Klutho
                                              Michael A. Klutho (#186302)
                                              Jessica L. Klander (#392290)
                                              33 South Sixth Street, Suite 3800
                                              Minneapolis, Minnesota 55402-3707
                                              Phone:  612-333-3000
                                              Fax:  612-333-8829
                                              mklutho@bassford.com

                                              *ATTORNEYS FOR DEFENDANT*