AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Tanya Olson

V.

Performant Recovery, Inc.

**JUDGMENT IN A CIVIL CASE**

Case Number:  14-cv-03465 DSD/JJK

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

judgment is entered dismissing the Complaint on its merits with prejudice and without costs,

disbursements or attorney's fees to any party.

|  |  |
|---|---|
| November 6, 2014 | RICHARD D. SLETTEN, CLERK |
| Date | |
| | s/L. Brennan |
| | (By)   L. Brennan,   Deputy Clerk |